Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Docket Number 6:20-po-00215-JDP |
|---|---|
| Plaintiff, | |
| v. | **MOTION TO DISMISS; AND ORDER THEREON** |
| BUABADIDO TSHIMANGA, | |
| Defendant. | |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice and in the interest of justice.

.

Dated: May 28, 2020                    /S/ Sean O. Anderson_____
                                        Sean O. Anderson
                                        Acting Legal Officer
                                        Yosemite National Park

1

**ORDER**

Upon application of the United States, good cause having been shown therefor, it is hereby ordered that the above-referenced matter, *United States v. Tshimanga*, 6:20-po-00215-JDP, be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   May 28, 2020                              _____
                                                    UNITED STATES MAGISTRATE JUDGE